# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| BROTHERHOOD MUTUAL INSURANCE COMPANY, an Indiana corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FREEDOM CHURCH ASSEMBLY OF GOD f/k/a FIRST ASSEMBLY OF GOD OF BILLINGS, MONTANA, a Montana non-profit corporation DAVID J. HARVEY, an individual and JOSEPH McCARTHY, an individual,<br><br>Defendants. | Case No.: 1:20-cv-00082-SPW-TJC<br><br>**ORDER OF DISMISSAL** |

Upon the Parties' Stipulation for Dismissal with Prejudice (Doc. 45) and for good cause being shown,

IT IS HEREBY ORDERED that this matter is **DISMISSED with prejudice**, each party to bear its own costs and attorneys' fees.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this __18th__ day of May 2021.

_Susan P. Watters_
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE